# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 10-3532/10-3533

_____

| | | |
|---|---|---|
| Karen M. Seaworth, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeals from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| William F. Messerli; Ross | * | |
| Kramer; Jaime J. Hommerding, | * | [UNPUBLISHED] |
| | * | |
| Appellees, | * | |
| | * | |

_____

No. 10-3534

_____

| | |
|---|---|
| Karen M. Seaworth, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * |
| | * |
| Messerli & Kramer, P.A.; Ross | * |
| Kramer; Amanda E. Prtuzman, | * |
| | * |
| Appellees, | * |
| | * |

_____

No. 10-3535

_____

Karen M. Seaworth,          *
                                   *

        Appellant,         *

                                   *

     v.                    *

                                   *

William F. Messerli; Ross      *
Kramer; Amanda E. Prutzman,   *

                                 *

        Appellees,        *

_____

Submitted:  March 7, 2011
Filed: March 15, 2011

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Karen M. Seaworth appeals the district court's[1] adverse grant of summary judgment in her four separate but related Fair Debt Collection Practices Act lawsuits.  Having carefully reviewed the record and considered Seaworth's arguments for reversal, see Volden v. Innovative Fin. Sys., Inc., 440 F.3d 947, 950 (8th Cir. 2006) (standard of review), we find no basis for overturning the district court.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.